ALMIRA TRUMPBOUR, Plaintiff, *v.* JOHN TRUMPBOUR, JR., et al.,
Defendants.*

(Argued December 5, 1894; decided December 21, 1894.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made July 8, 1893, which affirmed an order of Special Term directing the distribution of certain moneys arising upon a sale in partition.

*R. E. Robinson* for appellant.

*Horace R. Peck* for respondents.

Agree to affirm on opinion below.
All concur, except EARL and GRAY, JJ., dissenting.
Order affirmed.

-----

* Reported below, 70 Hun, 571.